Submitted April 3, reversed April 29, 2009

In the Matter of S. L. L.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

S. L. L.,
*Appellant.*

Multnomah County Circuit Court
080868706; A139907

206 P3d 1210

Lance D. Perdue filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The trial court entered a judgment finding that appellant suffers from a mental disorder that renders her unable to provide for her basic needs and ordered her committed. On appeal, appellant contends that there is insufficient evidence that she was unable to provide for her basic needs. The state concedes the insufficiency of the evidence. On *de novo* review, we agree and accept the concession.

Reversed.